# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:24-cr-00028 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| AUSTIN THOMAS SUCHER ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 11) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one-count Information; (2) adjudicate Defendant guilty of conspiracy to distribute a mixture and substance containing a detectable amount of marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846; and (3) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 8) pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 11) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one-count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute a mixture and substance containing a detectable amount of marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846; and

3. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 8) until further order of this Court or sentencing in this matter which is scheduled to take place on **September 20, 2024, at 9:00 a.m**., before the undersigned United States District Judge.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**